No. 01–7332.   STITT v. UNITED STATES.   C. A. 4th Cir.   Motion of petitioner for leave to file presentence report under seal granted.   Certiorari denied.

No. 01–9316.   OKEN v. MARYLAND.   Ct. App. Md.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 00–9285.   MICKENS v. TAYLOR, WARDEN, *ante*, p. 162;

No. 00–10466.   FOSTER v. HUBBARD, WARDEN, 534 U. S. 859;

No. 01–875.   CURTIS v. SOUTH CAROLINA ET AL., *ante*, p. 926;

No. 01–883.   BUSH ET UX. v. CITY OF ZEELAND, 534 U. S. 1133;

No. 01–1037.   JEFFERSON ET AL. v. COMMISSIONER OF REVENUE OF MINNESOTA, *ante*, p. 930;

No. 01–1039.   MOLNAR v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL., *ante*, p. 931;

No. 01–5361.   CLOUD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1084;

No. 01–5719.   NWANZE v. PHILIP MORRIS INC. ET AL., 534 U. S. 962;

No. 01–6341.   POTEET v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1028;

No. 01–6824.   BISHOP v. DISCHNER ET AL., 534 U. S. 1086;

No. 01–6831.   IN RE SCHAPIRO, 534 U. S. 1077;

No. 01–6889.   HICKS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1089;

No. 01–6911.   BROWN v. UNITED STATES, 534 U. S. 1051;

No. 01–6966.   BECK, FKA VANDERBECK v. MINNESOTA, 534 U. S. 1092;

No. 01–7066.   HOLLOWELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1116;

No. 01–7114.   WALKER v. CAREY, WARDEN, ET AL., 534 U. S. 1137;

No. 01–7555.   SPRY v. UNITED STATES, 534 U. S. 1151;

No. 01–7556.   IN RE SMITH, 534 U. S. 1126;

No. 01–7612. DOERR *v.* PROTECTIVE LIFE INSURANCE CO., *ante,* p. 935;

No. 01–7707. ZHARN *v.* UNITED STATES, 534 U. S. 1166;

No. 01–7712. CLARK *v.* O'DEA, WARDEN, *ante,* p. 938;

No. 01–7772. NEAL *v.* LOUISIANA, *ante,* p. 940;

No. 01–7775. AYALA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 956; and

No. 01–7890. QUEEN *v.* UNITED STATES, 534 U. S. 1170. Petitions for rehearing denied.

## MAY 16, 2002

No. 01–10191 (01A895). STYRON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

## MAY 20, 2002

No. 00–1689. AT&T COMMUNICATIONS OF THE SOUTHWEST, INC. *v.* SOUTHWESTERN BELL TELEPHONE CO. ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Verizon Communications Inc.* v. *FCC, ante,* p. 467.

No. 01–1079. MONTGOMERY *v.* MARYLAND ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lapides* v. *Board of Regents of Univ. System of Ga., ante,* p. 613.

No. 01–9041. TIDIK *v.* WAYNE COUNTY FAMILY COURT DIVISION ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–9112. THOMPSON *v.* NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Motion of petitioner for leave